_____

IN THE UNITED STATES DISTRICT COURT

CENTRAL DIVISION, DISTRICT OF UTAH
_____

| | | |
|---|---|---|
| **HUSSAIN KAMEL ALABESI,** | : | |
| Plaintiff, | : | Civil No. 2:11-cv-0501 |
| vs. | : | REPORT & RECOMMENDATION |
| | : | JUDGE DALE KIMBALL |
| **UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,** | : | MAGISTRATE JUDGE BROOKE C. WELLS |
| Defendant. | | |

_____

Before the court is defendant United States Citizenship and Immigration Services' ("USCIS") unopposed "Motion To Dismiss For Mootness".[1] On June 2, 2011, plaintiff Hussain Kamel Alabesi filed a civil rights complaint against defendant alleging wrongful "witholding [sic] a decision of citizenship."[2] In his complaint, Mr. Alabesi alleges that defendant failed to make a "final decision" as to his citizenship causing him stress and ultimately preventing him from seeking other employment.[3]

In response, USCIS filed its pending motion requesting dismissal of plaintiff's

---

[1]Document Number 14.

[2]Document Number 1; "Civil Rights Complaint" at 4.

[3]Id. at 5 and 6.

complaint for lack of subject matter jurisdiction pursuant to Rule 12(b)(1).[4]  USCIS indicates that it has approved plaintiff's application and N-400 form and that as of October 12, 2011, Mr. Alabesi is a United States citizen.[5]

Given that defendant has made a "final decision" regarding plaintiff's citizenship and that Mr. Alabesi is now a United States citizen, plaintiff's claim for withholding a decision of citizenship is moot.  Absent an actual case or controversy, the case must be dismissed.[6]  Accordingly, the court hereby recommends to the District Court that defendant's motion to dismiss for lack of subject matter jurisdiction be granted as the matter before the Court is moot.[7]

Copies of the foregoing report and recommendation are being mailed to all parties who are hereby notified of their right to object.  The parties must file a specific written objection within fourteen days (14) days after being served with a copy.[8]  Failure to object may constitute a waiver thereof.

---

[4] Fed. R. Civ. P. 12(b)(1).

[5] Document Number 14; "Defendant's Motion To Dismiss For Mootness" at 3.

[6] U.S. CONST. ART. III, § 2; *see also* DeFunis v. Odegaard 416 U.S. 312 (1974).

[7] Fed. R. Civ. P. 12(b)(1).

[8] Fed. R. Civ. P. 72(b)(2).

DATED this 27 day of December, 2011.

BY THE COURT:

_____
Brooke C. Wells
United States Magistrate Judge